IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 3:26-MJ-15 |
| | : | |
| SERINA JOHNSON, | : | |
| | : | |
| Defendant. | : | |

**ORDER TO UNSEAL**

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:26-MJ-15, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:26-MJ-15, be unsealed.

SO ORDERED, this 3rd day of November 2026.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:
*s/ Daniel W.A. Peach*
DANIEL W.A. PEACH
ASSISTANT UNITED STATES ATTORNEY